AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**
DEC 1 1 2009
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3-09-71022 MAG |
| | ) | |
| Tarakeswar Chaudhary | ) | Charging District's |
| *Defendant* | ) | Case No. SA09512 M |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Central___ District of ___CA (Orange County)___.

The defendant may need an interpreter for this language: _____.

The defendant:  X  will retain an attorney.

☐  is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   Dec 11, 2009

*Judge's signature*

United State Magistrate Judge Joseph C. Spero
*Printed name and title*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

TARAK CHAUDHARY et al,

        Defendant.
_____/

Case Number: 3:09-mj-71022

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen P. Jones
888 W. 6th Street, 4th Floor
Los Angeles, CA 90017

USMS with 4 certified copies

Dated: December 14, 2009

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk